UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEREMY R. MARTIN
        Plaintiff(s)
    v.

KATHERINE IGOKWE
        Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:09-CT-3170-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of this court's order to particularize his claim.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on June 11, 2010, with service on:
Jeremy R. Martin 0702409; Maury Correctional Institution, P.O. Box 506, Maury, NC 28554(via U.S. Mail)

June 11, 2010

/s/ Dennis P. Iavarone
Clerk